**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:00CR00096  SWW

RANDY LEE VANHORN

### ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release [doc #179] previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of EIGHTEEN (18) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in a facility that can manage his serious medical needs.

There will be a term of 1 year of supervised release following the term of incarceration with the following conditions:

1. Defendant shall serve a period of SIX (6) MONTHS of supervised release in a residential reentry center under the guidance and direction of the U. S. Probation Office.

2. Remainder of the restitution of $29,745.23 is mandatory and payable during the term of incarceration and supervised release. During incarceration, the defendant will pay 50% per month of all funds that are available to him.  During

>residential reentry placement, payments will be reduced to 10% of the defendant's gross monthly income. Following release from the residential reentry center, payments will continue to be 10% per month of the defendant's monthly gross income for the balance of the term of supervised release. The interest requirement is waived.

The defendant is ordered to report to the United States Marshal's Office on Monday, February 9, 2009 by noon to be transported to the designated facility for the service of the sentence imposed.

IT IS SO ORDERED this 16th day of January 2009.

<u>/s/Susan Webber Wright</u>
United States District Judge