**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                               NO. 4:00CR00096-001 SWW

RANDY LEE VANHORN

<u>ORDER</u>

The above entitled cause came on for hearing on the government's petition to revoke supervised release [doc #259] previously granted this defendant in the United States District Court for the Eastern District of Arkansas, the defendant's pro se motion for reconsideration [doc # 261], and defendant's sealed motion [doc #263]. Based upon the testimony of witnesses, exhibits presented, and admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release [doc #259] previously granted this defendant, be, and it is hereby, **revoked**. The defendant's motion for reconsideration [doc #261] is denied a moot as the Court revokes defendant's supervised release. The defendant's sealed motion [doc #263] is granted in part to the extent that defendant's report date is after his scheduled appointment. Defendant's continuing to remain on release until his report date is contingent upon him informing his employer of his criminal history, that he was on supervised release and that his supervised release has been revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *SIX (6)) MONTHS* in the custody of the Bureau of Prisons to run concurrent with all counts. *Restitution in the amount of $30,490.23 is mandatory* and payable during the term of incarceration. During incarceration, the defendant will pay 50% per month of all funds that are available to him.

During community confinement placement, payments will be reduced to 10% of the defendant's gross monthly income.  The interest requirement is waived.

There will be *NO* supervised release to follow.

The defendant is to report to the U. S. Marshal's Office on *MONDAY, DECEMBER 6, 2010 by NOON.* The defendant shall remain on present conditions of release pending report date.

IT IS SO ORDERED this 10th day of November 2010.

/s/Susan Webber Wright
United States District Judge