IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| vs. | * | No. 4:00CR00096-001 SWW |
| | * | |
| RANDY LEE VANHORN | * | |

ORDER

Before the Court is defendant's motion for stay of sentence or bond pending appeal of the revocation of his supervised release and other matters in this case. The Court finds the motion [docket entry 282] should be and is hereby granted. Defendant may remain on supervised release pending resolution of his appeal.

The Court is aware that defendant is challenging on appeal the Court's authority to impose the standard conditions of supervised release without a hearing. When the Court revoked defendant's supervised release, the Court found defendant's challenge moot. Because defendant requests and the Court grants his motion for stay, the Court finds that while on supervised release, defendant should be and is hereby subject to the standard conditions of supervised release, including informing his employer of his criminal record, as well as the special conditions of release set forth in the Court's order dated January 16, 2009.

SO ORDERED this 7th day of December, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE