# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                       NO.  4:00CR00096-001 SWW

RANDY LEE VANHORN

### ORDER

The Court having been advised that all appeal issues have been resolved,

IT IS THEREFORE ORDERED that defendant shall surrender to the United States Marshal's Service at 600 W. Capitol, Little Rock, Arkansas by ***12:00 noon on August 8, 2011*** for service of the sentence imposed in the Judgment entered November 10, 2010 [doc #271].

DATED this 7th day of July 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE