IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| vs. | * | No. 4:00CR00096-001 SWW |
| | * | |
| RANDY LEE VANHORN | * | |

ORDER

Before the Court is defendant's *pro se* motion for an amended order regarding report date. The motion [docket entry 293] is granted. Defendant is ordered to surrender to the United States Marshal's Service at 600 West Capitol Avenue, Little Rock, Arkansas, or to self-report to the designated institution of the Bureau of Prisons by noon on August 8, 2011, for service of the sentence imposed in the Judgment entered November 10, 2010 [docket entry 271].

DATED this 3rd day of August, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE